ROLAND MAREK v. PROFESSIONAL HEALTH SERVICES, INC.

December 10, 1981.

The parties to this matter having stipulated to a dismissal of the within appeal, it is ORDERED that the appeal in this matter be and hereby is dismissed. (See 88 *N.J.* 470 (1981))

---

JAMES ALEX MARCRUM v. ERMA JEAN MARCRUM.

May 5, 1982.

The parties to this matter having stipulated to a dismissal of the within appeal, it is ORDERED that the appeal in this matter be and hereby is dismissed. (See 181 *N.J.Super.* 361 (1981))

---

NADINE MULVEY AND THOMAS MULVEY, HER HUSBAND v. JOSEPH P. GRAZECKI.

November 29, 1982.

The parties to this matter having stipulated to a dismissal of the within appeal, it is ORDERED that the appeal in this matter be and hereby is dismissed. (See 91 *N.J.* 250 (1982))

---

IN THE MATTER OF THE APPLICATION OF BALLY'S PARK PLACE, INC., A NEW JERSEY CORPORATION, FOR A CASINO LICENSE.

December 6, 1982.

Petition for certification denied.